No. 792. STEEL EQUIPMENT CO. ET AL. *v.* EBERHART, SPECIAL AGENT, INTERNAL REVENUE SERVICE. C. A. 6th Cir. Certiorari denied. *John Kennedy Lynch* and *Raymond E. Cookston* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for respondent.

No. 806. GARFIELD *v.* PALMIERI. C. A. 2d Cir. Certiorari denied. *Gustave B. Garfield* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for respondent.

No. 807. BRILLIANT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Bernard J. Mellman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 810. LIVINGSTONE *v.* FATIMA CHARITIES, INC., ET AL. C. A. 1st Cir. Certiorari denied. *Harry Sacher* for petitioner. *Earle W. Carr* for respondents.

No. 820. FLIGHT ENGINEERS' INTERNATIONAL ASSOCIATION, AFL–CIO, CAL CHAPTER, *v.* CONTINENTAL AIR LINES, INC., ET AL. C. A. 9th Cir. Certiorari denied. *I. J. Gromfine, Herman Sternstein* and *Charles K. Hackler* for petitioner. *Patrick M. Westfeldt* and *William E. Murane* for Continental Air Lines, Inc., and *Samuel J. Cohen* for Air Line Pilots Association, International, respondents.